FILED

09/22/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 19-0632

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 19-0632

STATE OF MONTANA,

   Plaintiff and Appellee,

  v.

GREGORY M. SMITH,

   Defendant and Appellant.

## ORDER

   Upon consideration of Appellee's motion for a 30-day extension of time, and good cause appearing therefor,

   IT IS HEREBY ORDERED that Appellee is granted an extension of time to and including October 31, 2020, within which to prepare, serve, and file its response brief.

**MPD**

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
September 22 2020